```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 07-21759-CIV-JORDAN
                              MAGISTRATE JUDGE P. A. WHITE
```

FIDEL PEREZ GONI,                :

    Plaintiff,               :

v.                               :           REPORT OF
                                                                   MAGISTRATE JUDGE
KEVIN C. HALLORAN, ET AL.,       :

    Defendants.              :
_____

      This Cause is before the Court upon the defendant Halloran's Motion to Dismiss. [DE# 14].

      The plaintiff Fidel Perez Goni, currently incarcerated at the Florida State Prison, originally filed a civil rights complaint pursuant to 42 U.S.C. §1983 in this Court on July 9, 2007.  [DE# 1].  The plaintiff names as defendants Kevin C. Halloran, President of Wexford Health Services, Inc.; James McDonough, the Secretary of the Florida Department of Corrections and Calixto Calderon, MD, the Medical Director at the South Florida Reception Center ("SFRC").  Because the plaintiff has an ongoing civil action in the Middle District of Florida, <u>Goni v. Swanson, et al.</u>, Case No. 2:05-CIV-611-FTM-99SPC, which raises related allegations of denial of proper medical care at several institutions, and because it appeared that the instant Complaint was the plaintiff's attempt to produce an amended complaint as ordered by the Middle District of Florida [<u>See, id.</u>, DE# 88], this Court entered an Order on August 31, 2007 transferring this case to the Middle District of Florida. The Middle District transferred the case back to this Court on August 21, 2008 when it determined that the plaintiff's claims arising at the SFRC, which lies in this federal district, should be litigated separately in this district despite the fact that the plaintiff had

an ongoing case in the Middle District concerning related allegations of denial of medical care arising at several other correctional institutions. [DE# 8].

Upon receipt of this case, the Undersigned issued an Order directing the plaintiff, on or before November 15, 2008, to either pay the full filing fee of $350.00, or complete and file an application to proceed without payment of fees. [DE# 10]. The plaintiff complied by filing a complete application to proceed in forma pauperis on November 3, 2008, which indicates that he is entitled to proceed without paying an initial filing fee. [DE# 11]. A separate Order has been entered granting the motion to proceed in forma pauperis and establishing a debt.

The defendant Halloran seeks an order dismissing this case pursuant to Fed.R.Civ.P. 4(m) because he was not served within 120 days of the date the Complaint was filed, and pursuant to Rule 41(b), based on the fact that the plaintiff has filed no pleadings in this case since December, 2007. [DE# 14].

Fed.R.Civ.P. 4(m) provides that a defendant may be dismissed from a civil action if not served with process within 120 days of the date the complaint was filed. A dismissal pursuant to Rule 4(m) is not appropriate at this time. A suit filed by an individual who is proceeding in forma pauperis or a suit brought a prisoner seeking redress against a government actor is not commenced upon filing of the complaint, but rather only after the district court satisfies itself that the plaintiff is indigent and that the claim is not frivolous. 28 U.S.C. §§1915, 1915A. Because the time spent waiting for a 28 U.S.C. §1915(e) or 28 U.S.C. §1915A determination is not within the control of the plaintiff, and because the 120 day period specified in Rule 4(m) can expire while

2

a plaintiff is waiting, once a plaintiff submits a complaint within the limitations period, the 120 day period is suspended until the district judge authorizes the issuance of the summons and service of the complaint.  See Urrutia v. Harrisburg County Police Dept., 91 F.3d 451, 458-59 (3 Cir. 1996) (suspending Rule 15(c)(3) notice period while district court considers a pro se party's in forma pauperis petition).  Furthermore, a plaintiff proceeding in forma pauperis is entitled to rely on the Court to order U.S. Marshal service, and the time of service is not in control of the plaintiff.

In this case, the Complaint was filed on July 9, 2007.  This Court transferred the case to the Middle District of Florida very shortly after it was filed, and did not receive the transfer from the Middle District for almost one year, during which time the case was on closed status with this Court.  Upon receipt of the case from the Middle District, the Court noted that pursuant to an order, the plaintiff had submitted further documentation in December, 2007 to support his application to proceed in forma pauperis in the Middle District.  The Middle District never ruled on that motion to proceed in forma pauperis, and this Court determined that the plaintiff needed to submit a current application, which he did, just one week ago.  An Order has been entered granting the plaintiff pauper status on the same date of this Report, and the Undersigned will conduct a §1915 screening shortly.  Because this Court has not yet authorized the issuance of summons and service of the complaint, the Rule 4(m) clock has not yet started to run, and the plaintiff is now entitled to rely on the Court to effectuate service.

For the reasons stated above, the delay in processing this case is of no fault to the plaintiff.  In addition, despite the

defendant's assertion, the plaintiff has indeed been actively litigating this case and has recently submitted an application to proceed in forma pauperis.

Accordingly, this civil action should not be dismissed pursuant to either Rule 4(m) or 41(b) for lack of prosecution.

Based on the foregoing, it is recommended that the Motion to Dismiss [DE# 14] be denied.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

It is so recommended at Miami, Florida, this 12th day of November, 2008.

_____
UNITED STATES MAGISTRATE JUDGE


cc:   Fidel Perez Goni, Pro Se
      No. 090600
      Florida State Prison
      7819 N.W. 228 Street
      Raiford, FL 32026-1000

      Mitchel Chusid, Esq.
      Ritter Chusid Bivona & Cohen LLP
      5850 Coral Ridge Drive
      Coral Springs, FL 33076