UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-21759-CIV-JORDAN

| | |
|---|---|
| FIDEL PEREZ GONI, | ) |
| Plaintiffs | ) ) ) |
| vs. | ) ) |
| KEVIN C. HALLORAN, et. al., | ) ) |
| Defendants | ) ) |

### ORDER

Upon a denovo review of the record, I adopt Magistrate Judge White's report [D.E. 17]. Accordingly, Mr. Halloran's motion to dismiss [D.E. 14] is DENIED.

**DONE and ORDERED** in chambers in Miami, Florida, this 3rd day of December, 2008.

Adalberto Jordan
United States District Judge

Copy to:   All counsel of record
Magistrate Judge White

Fidel Goni, No. 090600
Florida State Prison
7819 N.W. 228 St.
Raiford, FL 32026-1000